Leon C. Weinstock, Respondent, v. Emanuel Hallenbeck and Marie Hallenbeck, Appellants.— Order reversed, with ten dollars costs and dis. bursements, and motion denied, with ten dollars costs. (See *Wiechers* v. *New Home Sewing Machine Co.*, 38 App. Div. 1; *Heishon* v. *Knickerbocker*

---

* See Public Health Law (Consol. Laws, chap. 45; Laws of 1909, chap. 49), § 203.— [Rep.

*Life Ins. Co.*, 77 N. Y. 278; *People ex rel. Cecere* v. *Slocum*, 161 App. Div. 733.) Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.